# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>  Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>  Defendants. | 2:22-cv-01607-APG-CSD<br><br>**ORDER**<br><br>Re: ECF No. 21 |

Before the court is Plaintiff's Renewed Emergency Request for Production of Documents (ECF No. 21). Having reviewed Plaintiff's renewed emergency request for production of documents (ECF No. 21), the court finds it to be discovery documents as defined in Local Rule 26-7 which are not to be filed with the court until they are used in the proceeding, unless the court orders otherwise. The court thus denies Plaintiff's motion (ECF No. 21) and orders it stricken from the docket.

**IT IS HEREBY ORDERED** that Plaintiff's Renewed Emergency Request for Production of Documents (ECF No. 21) is **DENIED**. The Clerk shall strike (ECF No. 21) from the docket.

DATED: November 30, 2022.

_____
Craig S. Denney
United States Magistrate Judge